321 So.2d 234

**Noah Earl TOLBERT**

v.

**STATE.**

**6 Div. 781.**

Court of Criminal Appeals of Alabama.

Oct. 1, 1975.

After remand from Supreme Court: Reversed and remanded on authority of SC Ms. 1136, dated September 4, 1975, 294 Ala. 738, 321 So.2d 227.